UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

**TRUSTEE'S SUPPLEMENTAL REPORT**

**FOLLOWING CONFIRMATION HEARING ON JUNE 12, 2014**

CASE NO.:    14-10053-WHD

DEBTOR(S):   BETTY MAE BUTLER

**TRUSTEE TO REPORT BACK 10 DAYS**

WHETHER DEBTOR'S PLAN PAYMENTS ARE CURRENT.

**THE TRUSTEE HAS REVIEWED THE CASE AS INSTRUCTED AND**

IS UNABLE TO RESOLVE OBJECTIONS.

PLEASE ISSUE NEW NOTICE OF HEARING ON CONFIRMATION.

July 2, 2014

<u>/s/Jonathan S. Adams</u>
Jonathan S. Adams, Atty. for
Chapter 13 Trustee
GA Bar No. 979073

Adam M. Goodman, Chapter 13 Trustee
Suite 200 – 260 Peachtree Street, N.W.
Atlanta, Georgia  30303
(678) 510-1444

14-10053-WHD

**CERTIFICATE OF SERVICE**

    This is to certify that I have this day served

DEBTOR(S):

    BETTY MAE BUTLER
    424 WALLACE CIRCLE
    CARROLLTON, GA 30117

ATTORNEY FOR DEBTOR(S):

    SAEDI LAW GROUP, LLC
    SUITE 103
    3006 CLAIRMONT ROAD
    ATLANTA, GA 30329

the above in the foregoing matter with a copy of this pleading by depositing same in the United States Mail in a properly addressed envelope with adequate postage thereon.

This 2nd day of July, 2014.

/s/Jonathan S. Adams
Jonathan S. Adams, Atty. for
Chapter 13 Trustee
GA Bar No. 979073

Adam M. Goodman, Chapter 13 Trustee
Suite 200 – 260 Peachtree Street, N.W.
Atlanta, Georgia  30303
(678) 510-1444