```
                    UNITED STATES BANKRUPTCY COURT
                     NORTHERN DISTRICT OF GEORGIA
                           NEWNAN DIVISION
```

**TRUSTEE'S SUPPLEMENTAL REPORT**

**FOLLOWING CONFIRMATION HEARING ON JULY 31, 2014**

CASE NO.:    14-10053-WHD

DEBTOR(S):   BETTY MAE BUTLER

**TRUSTEE TO REPORT BACK 10 DAYS**

    WHETHER DEBTOR'S PLAN PAYMENTS ARE CURRENT.

**THE TRUSTEE HAS REVIEWED THE CASE AS INSTRUCTED AND**

    RECOMMENDS CONFIRMATION OF THE PLAN.
    WITHDRAWS THE OBJECTION TO CONFIRMATION.
    PLEASE ENTER AN ORDER OF CONFIRMATION.

August 15, 2014

                                            <u>/s/Jonathan S. Adams</u>
                                            Jonathan S. Adams, Atty. for
                                            Chapter 13 Trustee
                                            GA Bar No. 979073

Adam M. Goodman, Chapter 13 Trustee
Suite 200 – 260 Peachtree Street, N.W.
Atlanta, Georgia  30303
(678) 510-1444

14-10053-WHD

**CERTIFICATE OF SERVICE**

     This is to certify that I have this day served

DEBTOR(S):

    BETTY MAE BUTLER
    424 WALLACE CIRCLE
    CARROLLTON, GA 30117

ATTORNEY FOR DEBTOR(S):

    SAEDI LAW GROUP, LLC
    SUITE 103
    3006 CLAIRMONT ROAD
    ATLANTA, GA 30329

the above in the foregoing matter with a copy of this pleading by depositing same in the United States Mail in a properly addressed envelope with adequate postage thereon.

This 15th day of August, 2014.


/s/Jonathan S. Adams
Jonathan S. Adams, Atty. for
Chapter 13 Trustee
GA Bar No. 979073




Adam M. Goodman, Chapter 13 Trustee
Suite 200 – 260 Peachtree Street, N.W.
Atlanta, Georgia  30303
(678) 510-1444