UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA

FILED IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA

2017 JUL 12 AM 9: 34

M. REGINA THOMAS
CLERK
BY: DEPUTY CLERK

IN RE:

NOTICE OF WITHDRAWAL
OF APPEARANCE AND
SUBSTITUTION OF
COUNSEL

**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF ATTORNEY**

COMES NOW Brian K. Jordan of the law office of Aldridge Pite, LLP and gives notice of his appearance in replacement of Richard H. Siegel who has withdrawn his employment from Aldridge Pite, LLP. The undersigned herby requests that all pleadings, motions, notices, correspondence, and other papers relating to Richard H. Siegel's representation of any party in the cases listed in Exhibit A, attached hereto, be sent to the undersigned at the address listed below.

Brian K. Jordan
State Bar No. 113008
Fifteen Piedmont Center
3575 Piedmont Road, N.E.
Suite 500
Atlanta, GA 30305
Phone: 404.994.7304

# EXHIBIT A

| Case No. | Case Title | Chapter | Date Filed |
|---|---|---|---|
| 10-89420-pwb | Steven C Smith | 7 | 10/2/2010 |
| 10-98897-pmb | Franklin Dillomaric McDaniel and Brillabeth Hilliary McDaniel | 13 | 12/30/2010 |
| 11-43900-pwb | Roger Dale Bell and Lisa Jane Bell | 13 | 11/21/2011 |
| 11-44036-mgd | Donald Gilbert Hudson and Audria Brooke Hudson | 13 | 12/2/2011 |
| 11-59766-pwb | Willie James Shy | 13 | 4/1/2011 |
| 11-63708-pwb | Kimatrell Rena Nicholson | 13 | 5/3/2011 |
| 11-73054-crm | Joe Wright and Beverly Antrice Wright | 13 | 8/5/2011 |
| 11-75747-bem | Michael Benjamin Ellies | 13 | 9/3/2011 |
| 11-78260-wlh | Monyette Daval McLaurin and Teresa Ann McLaurin | 13 | 9/30/2011 |
| 11-81255-mgd | William Arthur Goldstein | 7 | 10/30/2011 |
| 12-10049-whd | Charlie Colton, Jr and Willie Kate Boyd | 13 | 1/5/2012 |
| 12-11627-whd | David Anthony Fisher | 13 | 6/4/2012 |
| 12-11797-whd | Don Christopher Hicks and Jennifer Gail Hicks | 13 | 6/27/2012 |
| 12-11814-whd | Laura Adams Buchanan | 13 | 6/28/2012 |
| 12-11851-whd | Randy Reese, Sr. | 13 | 7/1/2012 |
| 12-12190-whd | Joseph Craig Lands and Sherry Dawn Lands | 13 | 8/1/2012 |
| 12-12247-whd | Dennis Richard Brown and Vicky Lynn Brown | 13 | 8/6/2012 |
| 12-12413-whd | Becky Heath Crowley | 13 | 8/20/2012 |
| 12-12575-whd | Charles David Carter | 13 | 9/5/2012 |
| 12-13620-whd | Anthony Earl Kirksey and Ebonee Akeelah Kirksey | 13 | 12/28/2012 |
| 12-40983-pwb | Vada Andre Royal and Lori Twyana Royal | 13 | 3/29/2012 |
| 12-41118-pwb | Victor Andre Rodriguez and Venus Rodriguez | 13 | 4/12/2012 |
| 12-50932-crm | Norbert Kuralt Tukes and Pamela Weaver Tukes | 13 | 1/12/2012 |
| 12-51115-lrc | Ursuline Xavier | 13 | 1/16/2012 |
| 12-52451-lrc | Mohamed Umar Shaikh and Aysha U. Shaikh | 13 | 2/2/2012 |
| 12-54810-lrc | Donald Lee Spears and Diane Spears | 13 | 2/24/2012 |
| 12-58001-lrc | Leonard Brown, Jr. and Regina Aileshia Brown | 13 | 3/29/2012 |
| 12-59814-lrc | James Oliver Heisler and Eeman Ahmed Heisler | 13 | 4/16/2012 |
| 12-60565-lrc | Michael Raymond Long | 13 | 4/25/2012 |
| 12-62694-pwb | John Arthur Johnson and Hannah Denise Johnson | 13 | 5/18/2012 |
| 12-63082-lrc | Cortez Wyatt and Tomeka Smith Wyatt | 13 | 5/25/2012 |
| 12-64280-lrc | Jemma Osouna, | 13 | 6/5/2012 |
| 12-65805-lrc | Jimmy Lee Patterson, Jr and Beverly Howard-Patterson | 13 | 6/25/2012 |
| 12-67432-pmb | Eric Jamison and Lisa Jamison | 13 | 7/11/2012 |
| 12-69313-mgd | Michael Burrell and Phyllis Burrell | 13 | 8/3/2012 |
| 12-69944-pmb | Michelle Jeanine Ragins | 13 | 8/7/2012 |
| 12-70004-pmb | Gary Stephen Waites and Kelli Renee Waites | 13 | 8/8/2012 |
| 12-70510-crm | Deborah Jean Burns | 13 | 8/15/2012 |

| Case Number | Name | Chapter | Date |
|---|---|---|---|
| 12-70937-bem | Candace Nicole Pearson | 13 | 8/22/2012 |
| 12-72361-lrc | DeEtra Lavone Moore | 13 | 9/5/2012 |
| 12-75089-lrc | Larry Wendell Hodnett | 13 | 10/3/2012 |
| 12-75406-lrc | Lillie Mack Kendrick | 13 | 10/8/2012 |
| 12-76364-lrc | John Nhuan Vuong and Allyson Ngoc Vuong | 13 | 10/22/2012 |
| 12-76585-bem | Tiffany Aisha Warren | 13 | 10/25/2012 |
| 12-77819-crm | Manuel Rebuelta | 13 | 11/5/2012 |
| 12-80408-pmb | Michael John Pace and Cynthia Ann Pace | 13 | 12/7/2012 |
| 13-10311-whd | Earl Mathiesen Perkins and Gladys Robinson Perkins | 13 | 2/6/2013 |
| 13-10330-whd | Velma Sheretta Mobley | 13 | 2/7/2013 |
| 13-10778-whd | Preston Wade Harper | 13 | 3/27/2013 |
| 13-10832-whd | Clyde Edward Wadsworth | 13 | 4/1/2013 |
| 13-11023-whd | Anthony Garrett Love and Ursula Michelle Love | 13 | 4/20/2013 |
| 13-11284-whd | Clayton Britt Wilson | 13 | 5/17/2013 |
| 13-11595-whd | David Stanley Lyons and Wendolyn Kay Lyons | 13 | 6/21/2013 |
| 13-12515-whd | Chassidy Patrice Grier | 13 | 10/4/2013 |
| 13-12591-whd | Dwayne Leon Wilkerson and Evelyn Annette Wilkerson | 13 | 10/11/2013 |
| 13-21287-jrs | Douglas Wayne Gibbs | 13 | 5/6/2013 |
| 13-22173-jrs | Temeka Lashay Troupe | 13 | 8/5/2013 |
| 13-22299-jrs | Scott Allen Sanders and Julie Marie Sanders | 13 | 8/15/2013 |
| 13-22358-jrs | Olvin Robert Contreras and Stella Ivera Contreras | 13 | 8/22/2013 |
| 13-22637-jrs | Kenneth Anthony Ziegelbauer | 13 | 9/18/2013 |
| 13-22904-jrs | Glenndon Derrell Hammond and Bobbi Nicole Hammond | 13 | 10/14/2013 |
| 13-40781-pwb | Terry Douglas Graham | 13 | 3/20/2013 |
| 13-41699-pwb | Kacy Lynn Green | 13 | 6/12/2013 |
| 13-42589-pwb | Shannon Lee Bowman | 13 | 9/6/2013 |
| 13-42791-pwb | Gary Milton Dover and Karla Ellen Dover | 13 | 9/27/2013 |
| 13-51668-bem | Lois Baines Hunter | 13 | 1/29/2013 |
| 13-52520-lrc | Robel Beyene Berhe | 13 | 2/5/2013 |
| 13-53113-lrc | Eddie Patrick Rogers and Denine Marion Rogers | 13 | 2/14/2013 |
| 13-53938-lrc | Dennis Howard Wyatt | 13 | 2/26/2013 |
| 13-54276-wlh | Diana Sollner Padron | 13 | 3/1/2013 |
| 13-54312-crm | Lisa Jill Stamps | 13 | 3/1/2013 |
| 13-55815-bem | Carlton Powell | 13 | 3/15/2013 |
| 13-56132-mgd | Michael Todd Chrisley | 7 | 8/31/2012 |
| 13-57917-pmb | Alani Ezeriel Ogunlade | 13 | 4/9/2013 |
| 13-58109-mgd | Monroe Osborne, IV | 13 | 4/12/2013 |
| 13-58240-lrc | Larry Shealy Brooks, Sr. | 13 | 4/15/2013 |
| 13-58451-pmb | Donald Keith Nelson and Teresa Lynn Nelson | 13 | 4/17/2013 |
| 13-59181-mgd | Tonya Loraine Davenport | 13 | 4/27/2013 |
| 13-59545-lrc | Linda Renee Owens | 13 | 5/1/2013 |

| Case Number | Debtor(s) | Chapter | Filing Date |
|---|---|---|---|
| 13-59857-bem | Cynthia Dawn Nathanson | 13 | 5/4/2013 |
| 13-61094-crm | William John Scott | 13 | 5/20/2013 |
| 13-61811-wlh | Stephen Lamont Moore | 13 | 5/31/2013 |
| 13-61951-lrc | Monique Medina-Bandy | 13 | 6/1/2013 |
| 13-62135-crm | Bobby Tyrone Sims and Jacquelyn Denise Sims | 13 | 6/3/2013 |
| 13-62289-wlh | Thomas Lamar Jester | 13 | 6/3/2013 |
| 13-63723-bem | Tyris Safaris Reeves and Evangeline Denise Reeves | 13 | 6/24/2013 |
| 13-64357-lrc | Robert Bradley McNeil and Lori Ann McNeil | 13 | 7/1/2013 |
| 13-64432-wlh | Anthony Joseph Cook | 13 | 7/1/2013 |
| 13-64588-mgd | Anousouck Sayavong | 13 | 7/1/2013 |
| 13-64685-lrc | Lolita Yvette McCan | 13 | 7/2/2013 |
| 13-66243-lrc | Grell Thomas Valmond | 13 | 7/29/2013 |
| 13-66951-lrc | Melissa Dineadria White | 13 | 8/5/2013 |
| 13-67997-lrc | Edward Bobby Barrett and Maria Cristina Barrett | 13 | 8/17/2013 |
| 13-68802-bem | James Benjamin Harris and Cortina Kimberly Harris | 13 | 8/29/2013 |
| 13-69662-bem | Emmanuael Adebayo Kareem | 13 | 9/6/2013 |
| 13-70204-bem | Cheryl Hollomon Guillory | 13 | 9/14/2013 |
| 13-74754-pmb | Todd L Cole and Kimberley R Cole | 13 | 11/12/2013 |
| 13-75098-lrc | Gregory Johnson and Stephanie Elaine Johnson | 13 | 11/18/2013 |
| 13-75689-pmb | Sarah Lovett Hall | 13 | 11/26/2013 |
| 13-76631-bem | Thomas Ephrem Parayil and Shirley Thomas Parayil | 13 | 12/9/2013 |
| 14-10053-whd | Betty Mae Butler | 13 | 1/6/2014 |
| 14-10142-whd | Rufus Glover | 13 | 1/21/2014 |
| 14-10463-whd | Shun Bernard Luster | 13 | 3/3/2014 |
| 14-10470-whd | Madelyn Colon | 13 | 3/4/2014 |
| 14-11657-whd | Michael Cranston Davenport and Margaret Crowe Davenport | 13 | 7/31/2014 |
| 14-11756-whd | Johnny Morrell Price, II and Christy Darlene Price | 13 | 8/11/2014 |
| 14-11826-whd | Michael Wayne Lore and Theresa Delynn Lore | 13 | 8/18/2014 |
| 14-12543-whd | Lester Chambless and Katrina Tamplin Chambless | 13 | 11/10/2014 |
| 14-12566-whd | Brenda Lee Dobbs | 13 | 11/11/2014 |
| 14-12602-whd | Estella Henderson Rutledge | 13 | 11/17/2014 |
| 14-12720-whd | Jeffrey Bernard McLeroy | 13 | 12/2/2014 |
| 14-12770-whd | Randolph Dawayne White and Kimberly Gayle White | 13 | 12/10/2014 |
| 14-22299-jrs | Willie Rhines and Lula Rhines | 13 | 10/1/2014 |
| 14-40184-mgd | Ulysses Beris | 13 | 1/28/2014 |
| 14-40603-mgd | William Jeffrey Rawlinson | 13 | 3/17/2014 |
| 14-41102-mgd | Sue Ann Tims | 13 | 5/5/2014 |
| 14-42590-mgd | Wesley Alan Ross, Sr. and Teresa Mulinix Ross | 13 | 10/20/2014 |
| 14-51941-lrc | Tommy Davis Brock and Judy Penelope Brock | 13 | 1/31/2014 |
| 14-54508-pwb | Jordan English Weston | 13 | 3/4/2014 |
| 14-54893-lrc | Linda Michelle Scandrett | 13 | 3/10/2014 |

| Case Number | Name | Chapter | Date |
|---|---|---|---|
| 14-56105-lrc | James Derrell Banks | 13 | 3/26/2014 |
| 14-56148-bem | Dejana Gavrilovic | 13 | 3/26/2014 |
| 14-56778-crm | Koslinnietta Lyles | 13 | 4/2/2014 |
| 14-57367-lrc | Angela Barnes Dalrymple | 13 | 4/11/2014 |
| 14-59716-lrc | Brian Lamar Bouie | 13 | 5/16/2014 |
| 14-62523-crm | Anthony Wayne Boyd | 13 | 6/27/2014 |
| 14-62559-lrc | Michael Owen Brown | 13 | 6/28/2014 |
| 14-63232-lrc | John Pleas Shaw Stephens, III and Sandra Kay Stephens | 13 | 7/8/2014 |
| 14-63358-lrc | Calperta Love Middleton | 13 | 7/10/2014 |
| 14-63775-wlh | Monica Lee Clayborn | 13 | 7/16/2014 |
| 14-65220-lrc | Lula Booker | 13 | 8/4/2014 |
| 14-66222-lrc | Erica Stewart | 13 | 8/20/2014 |
| 14-66389-lrc | Paul Eugene Frederick | 7 | 8/22/2014 |
| 14-67655-lrc | Shirley Ann Ward | 13 | 9/8/2014 |
| 14-68641-pmb | Cheryl Lynn Campbell | 13 | 9/23/2014 |
| 14-69130-lrc | Joni Rae Dailey | 13 | 9/30/2014 |
| 14-69160-crm | Jose Coronado | 13 | 10/1/2014 |
| 14-69162-lrc | Brenda Faye Horne | 13 | 10/1/2014 |
| 14-69169-lrc | Santrella Nicole Davis | 13 | 10/1/2014 |
| 14-69273-pmb | Sharon Denise Evans | 13 | 10/2/2014 |
| 14-69470-pmb | Karen Deann Shirley | 13 | 10/3/2014 |
| 14-69747-lrc | Morris Lamar Hogans, Jr. | 13 | 10/6/2014 |
| 14-70104-lrc | William Harly Torrance | 13 | 10/10/2014 |
| 14-70984-lrc | Gregory Lynn Carey and Ellen Woodard Carey | 7 | 10/24/2014 |
| 14-71548-lrc | Lisa Bell Davis | 13 | 11/1/2014 |
| 14-71556-lrc | Lucille S. Avery | 13 | 11/1/2014 |
| 14-73347-crm | Pamela Jean Todd | 13 | 11/26/2014 |
| 14-74419-lrc | John Edward McCallister | 13 | 12/12/2014 |
| 14-75179-crm | Shontay Monique Lavender, | 13 | 12/30/2014 |
| 15-10075-whd | Mary Catherine Kelsey | 13 | 1/9/2015 |
| 15-10474-whd | Robin Yvette Wilson | 13 | 3/3/2015 |
| 15-10488-whd | Charles Rex McGee and Brenda Gail McGee | 13 | 3/4/2015 |
| 15-11051-whd | Scott Vandyke and Tracy Ellen Vandyke | 13 | 5/15/2015 |
| 15-11066-whd | Daryl Wayne Reid | 13 | 5/19/2015 |
| 15-11386-whd | Willie James Brown and Vicki Ann Brown | 13 | 6/30/2015 |
| 15-11758-whd | Kathryn Denise Favors | 13 | 8/17/2015 |
| 15-11998-whd | Sandy Ann James | 13 | 9/18/2015 |
| 15-12110-whd | Sylvester McCauley | 13 | 10/1/2015 |
| 15-12531-whd | Janet Lyneese Pippins | 7 | 11/20/2015 |
| 15-12551-whd | Shunterrius Nion Watson and Alicia Johnson Watson | 13 | 11/24/2015 |
| 15-12562-whd | Devondrae Phaion McKenzie and Latisha Denise McKenzie | 13 | 11/25/2015 |

| Case Number | Debtor(s) | Chapter | Date Filed |
|---|---|---|---|
| 15-12617-whd | Mario Macharia Willis | 13 | 12/3/2015 |
| 15-12632-whd | Jonathan Luke Tyler and Lynsey Celine Tyler | 13 | 12/4/2015 |
| 15-12659-whd | Rodrecius O'Neil Montgomery and Kameelah Raja Montgomery | 13 | 12/9/2015 |
| 15-40215-pwb | Donald Anthony Patton and Amanda Leigh Patton | 13 | 1/30/2015 |
| 15-40550-pwb | Dion Harlan Hughes | 13 | 3/10/2015 |
| 15-40854-pwb | Joseph Lee Cummings | 13 | 4/15/2015 |
| 15-41469-pwb | Diane Glenda Durham | 13 | 6/25/2015 |
| 15-50067-lrc | Lionel Boswell and Rachel Annette Boswell | 13 | 1/2/2015 |
| 15-50144-crm | Kenneth Veanarro Hendrix and Kimberly Rozar Hartley-Hendrix | 13 | 1/3/2015 |
| 15-50552-lrc | LaSean Dupre Woods | 13 | 1/8/2015 |
| 15-50956-crm | Jonathan Wendell Patton | 13 | 1/16/2015 |
| 15-51580-crm | Eric Darrell Roberson and Tracie Lorraine Roberson | 13 | 1/27/2015 |
| 15-51587-lrc | Cheryl Lynn Searcy | 13 | 1/27/2015 |
| 15-51934-lrc | Yolanda Danette Levett | 13 | 2/1/2015 |
| 15-52663-bem | Dickie Dwayne Boyd | 13 | 2/10/2015 |
| 15-52691-lrc | Rosemary G. Williams | 13 | 2/11/2015 |
| 15-53471-pwb | Nicole Louise Stancel | 13 | 2/24/2015 |
| 15-54146-pmb | Alan Jay Blake | 13 | 3/3/2015 |
| 15-54870-lrc | Eddie Durham | 13 | 3/16/2015 |
| 15-55037-lrc | Brenda Faye Lanier | 13 | 3/18/2015 |
| 15-55958-mgd | Delise Quintonia McKissick | 13 | 4/2/2015 |
| 15-56118-crm | Leigh Anne Gay Shaw | 13 | 4/3/2015 |
| 15-56594-lrc | Donna Marie Redmond | 13 | 4/8/2015 |
| 15-58709-crm | Darryl Bernard Barnswell, Sr | 13 | 5/7/2015 |
| 15-59153-lrc | Rickey Wayne Thrower | 13 | 5/15/2015 |
| 15-59478-crm | Brian Edward Howell and D'Jeanne Florence | 13 | 5/21/2015 |
| 15-59851-lrc | Yvette Taylor Perry | 13 | 5/28/2015 |
| 15-59984-lrc | Lloyd Jackson, Jr. and Sandra Woodard Jackson | 13 | 5/29/2015 |
| 15-60100-lrc | Contavious Quarteze White | 13 | 6/1/2015 |
| 15-60128-bem | Janet Whitmire King | 13 | 6/1/2015 |
| 15-60411-lrc | Loretta Brooks Mixon | 13 | 6/2/2015 |
| 15-60578-crm | Shari Lynne Watters | 13 | 6/5/2015 |
| 15-60718-bem | Allan Godsby Providence | 13 | 6/8/2015 |
| 15-62148-crm | Julia Kaye Stuart | 13 | 7/1/2015 |
| 15-62237-crm | Demetrius Lockett | 13 | 7/2/2015 |
| 15-62365-crm | Audrey Miles-Haynes | 13 | 7/4/2015 |
| 15-62534-crm | Brian Christopher Burnett | 13 | 7/6/2015 |
| 15-63293-lrc | Lana Sharon Lorde | 13 | 7/16/2015 |
| 15-64175-wlh | Preston James Penn, Sr. | 7 | 7/29/2015 |
| 15-64390-lrc | Angela Charissee Okpara | 13 | 7/31/2015 |
| 15-64439-lrc | Lois Ann Hall | 13 | 8/1/2015 |

| Case Number | Debtor Name | Chapter | Date |
|---|---|---|---|
| 15-64748-lrc | Rodney Nathaniel Bowman and Cynthia Ann Bowman | 13 | 8/3/2015 |
| 15-64891-lrc | Ray Lamon Jackson | 13 | 8/5/2015 |
| 15-64967-lrc | Grady Lee Greer, Jr | 13 | 8/6/2015 |
| 15-65512-lrc | Monica Tripp | 13 | 8/14/2015 |
| 15-65729-crm | Verneatrice Latrice Smith | 13 | 8/19/2015 |
| 15-65762-lrc | Corey Lynn Leopold | 13 | 8/19/2015 |
| 15-65982-pwb | Karey Lasharn Wright | 13 | 8/23/2015 |
| 15-66465-lrc | Yorlando Audry Lee Casey | 13 | 8/28/2015 |
| 15-66541-lrc | Hildelita Gerjoi | 13 | 8/31/2015 |
| 15-66721-lrc | Rebecca Glynn Butler | 13 | 8/31/2015 |
| 15-66807-wlh | Michael Olanza Reid and Lashondria Comella Reid | 13 | 9/1/2015 |
| 15-66988-pmb | Diane Benton Jones | 13 | 9/2/2015 |
| 15-67538-lrc | Steven John Lavin, Jr. and Amber Mae Lavin | 13 | 9/11/2015 |
| 15-67954-lrc | Gary Wayne Donehoo, Jr. | 13 | 9/18/2015 |
| 15-68133-crm | Alisha Racheal Thomas | 13 | 9/21/2015 |
| 15-68162-crm | Harry James Ivey, Jr. | 13 | 9/22/2015 |
| 15-68451-lrc | Patricia Ann Washington | 13 | 9/28/2015 |
| 15-68900-crm | Lisa Leanor Swindler | 13 | 10/2/2015 |
| 15-68923-crm | Joseph Powell Stewart | 13 | 10/2/2015 |
| 15-69086-crm | Shannon Cornelius Gill | 13 | 10/5/2015 |
| 15-69273-lrc | Chester Lee Taylor | 13 | 10/6/2015 |
| 15-69398-crm | Wendy Yvette Pickens | 13 | 10/7/2015 |
| 15-69420-crm | Vivian Jewel Cage | 13 | 10/7/2015 |
| 15-69696-crm | Kasha Rasheen Jones | 13 | 10/12/2015 |
| 15-70798-crm | Scott Thomas Nagler | 7 | 10/29/2015 |
| 15-72055-jrs | Wilford William Farnum, Jr. | 13 | 11/16/2015 |
| 15-72928-jrs | Lauretta M Sillah | 13 | 11/30/2015 |
| 15-73157-crm | Marion Alfred Curtis, Jr. and Erin Denise Curtis | 13 | 12/2/2015 |
| 15-73577-crm | Patrice Stanton Woods | 13 | 12/10/2015 |
| 15-73987-bem | Edmond O'Brien Burkhalter, Jr. and Shameka Roshonda Burkhalter | 13 | 12/17/2015 |
| 16-10011-whd | Barbara Sale Ricks | 13 | 1/4/2016 |
| 16-10024-whd | Robert Jeff Sadler | 13 | 1/4/2016 |
| 16-10110-whd | Marie Annette Prothro | 13 | 1/19/2016 |
| 16-10175-whd | James Thomas Stevens and Aimee Langford Stevens | 13 | 1/27/2016 |
| 16-10308-whd | Gerald Jerome Campbell | 13 | 2/13/2016 |
| 16-10352-whd | Joseph Michael Prince and Regina Elizabeth Prince | 13 | 2/22/2016 |
| 16-10375-whd | Antonio Grier and Jennifer Grier | 13 | 2/24/2016 |
| 16-10665-whd | John Theodore Litz and Constance Regina White | 13 | 4/1/2016 |
| 16-10892-whd | Kevin Wayne Parrott | 13 | 5/2/2016 |
| 16-10927-whd | Keith Demond Lindsey and Lavern Michelle Lindsey | 13 | 5/6/2016 |
| 16-10931-whd | Hyacinth Elaine Bourne | 13 | 5/10/2016 |

| Case Number | Name | Chapter | Date |
|---|---|---|---|
| 16-11233-whd | Valerie Ann Leverett | 13 | 6/22/2016 |
| 16-11468-whd | Danny Melton Moody | 13 | 7/27/2016 |
| 16-11515-whd | Nicholas Tyler Gratzer and Courtney Leigh Gratzer | 13 | 8/1/2016 |
| 16-11750-whd | Lakeshia Doris Johnson | 7 | 9/1/2016 |
| 16-11886-whd | Anthony Preston Ridgeway, Jr. | 13 | 9/21/2016 |
| 16-11910-whd | Oscar James Moore, Jr. | 13 | 9/23/2016 |
| 16-11933-whd | Casey Lamar Rosser | 13 | 9/28/2016 |
| 16-12024-whd | Raymond Douglas Moore and Tabitha Kellie Moore | 13 | 10/7/2016 |
| 16-12180-whd | Joseph Raymond Mize | 13 | 10/31/2016 |
| 16-12208-whd | Jeffery Lenard Roberts | 13 | 11/1/2016 |
| 16-50149-lrc | Marvin Maurice Cole | 13 | 1/4/2016 |
| 16-50217-crm | Cheryl Dawn English | 13 | 1/4/2016 |
| 16-50560-jrs | Deborah Lorene Martin | 13 | 1/8/2016 |
| 16-51459-lrc | Olayinka Olalekan Shobukola | 13 | 1/27/2016 |
| 16-51976-lrc | Columbus Thomas, Sr and Velma Lee Thomas | 13 | 2/1/2016 |
| 16-52341-lrc | Leon Pattman, Jr. | 13 | 2/5/2016 |
| 16-52413-lrc | Joseph Walker, Jr. and Patricia Braddy | 13 | 2/8/2016 |
| 16-52808-lrc | Victor Moore | 13 | 2/15/2016 |
| 16-53247-lrc | Doreen Marie Geter | 13 | 2/22/2016 |
| 16-53454-lrc | William Zachary Potts | 13 | 2/25/2016 |
| 16-53600-lrc | Robert Wayne Stephens and Cynthia Gail Stephens | 13 | 2/26/2016 |
| 16-53776-lrc | Damone Marianne Burton | 13 | 2/29/2016 |
| 16-53980-lrc | Monica Clarice Hall | 13 | 3/1/2016 |
| 16-54334-lrc | Derrick Ernest Hall | 13 | 3/7/2016 |
| 16-55103-lrc | Hazel Del Carmen Monjarrez | 13 | 3/22/2016 |
| 16-55497-lrc | Catherine Wyche Bradfield | 13 | 3/29/2016 |
| 16-55808-lrc | Davis Dewayne Goodwin | 13 | 4/1/2016 |
| 16-56335-lrc | Salon Johnell Smalls | 13 | 4/8/2016 |
| 16-56465-lrc | Brenda Lee Johnson | 13 | 4/12/2016 |
| 16-56814-lrc | Mark Anthony McDonald | 13 | 4/19/2016 |
| 16-57083-jrs | Monica Ghant | 13 | 4/22/2016 |
| 16-57267-lrc | Pamela Renee Pinkston | 13 | 4/26/2016 |
| 16-57810-lrc | Henry Tyrone Mohair | 13 | 5/2/2016 |
| 16-59537-lrc | Alice W. Merriweather | 13 | 6/2/2016 |
| 16-60199-lrc | Thomas Alfie Green | 13 | 6/9/2016 |
| 16-61682-lrc | Cynthia Renee Lewis-Lunn | 13 | 7/4/2016 |
| 16-62515-lrc | Donavin Dominic Murdock | 13 | 7/20/2016 |
| 16-62742-lrc | Jewel Denise Williams | 7 | 7/24/2016 |
| 16-62858-lrc | Ralph Benton Belk, Jr. and Kimberly Paige Belk | 7 | 7/26/2016 |
| 16-63254-pwb | Frampton Kenedy Charles | 13 | 8/1/2016 |
| 16-64568-lrc | Haywood A. Spinks and Kathryn M. Spinks | 7 | 8/19/2016 |

| Case Number | Debtor Name | Chapter | Date |
|---|---|---|---|
| 16-64637-lrc | Tanisia Trini Blount | 13 | 8/22/2016 |
| 16-65243-lrc | Barbara Williette Brown | 13 | 8/31/2016 |
| 16-65403-lrc | Sola Daniel Olanrewaju | 13 | 9/2/2016 |
| 16-67475-lrc | Derrick Derrell Thigpen | 13 | 10/3/2016 |
| 16-67869-lrc | William Lyle Usry and Janice Wynn Usry | 13 | 10/5/2016 |
| 16-67950-bem | Tramond Cortez McNary | 13 | 10/7/2016 |
| 16-68604-crm | Crescintia Eugene | 13 | 10/18/2016 |
| 16-70682-lrc | Eric Wright | 13 | 11/17/2016 |
| 16-72201-lrc | Wanda Butler | 13 | 12/12/2016 |
| 17-20048-jrs | Renee Lori Holtzclaw | 13 | 1/9/2017 |
| 17-40569-mgd | Melinda Suzanne Sanchez-Torres | 13 | 3/9/2017 |
| 17-40655-pwb | Brock Bingham Gordon, Sr. and Carmen Lindsey Gordon | 7 | 3/20/2017 |
| 17-53468-lrc | Brandi Lashelle Trice | 7 | 2/25/2017 |
| 17-54523-lrc | Michael Lynn Nickerson | 7 | 3/9/2017 |
| 17-55139-lrc | Mary Alice Williams | 13 | 3/20/2017 |
| 17-56184-lrc | Linder Gail Gatlin | 13 | 4/3/2017 |
| 17-56358-crm | John Christopher Lovett, Sr. | 13 | 4/5/2017 |
| 17-56867-lrc | Antonio Bernard Randall | 7 | 4/14/2017 |
| 17-56869-pmb | James Edward Carter IV, IV | 13 | 4/14/2017 |
| 17-56947-lrc | ReLonda Evette Williams | 7 | 4/17/2017 |
| 17-57883-lrc | Matthew Steven Huntebrinker and Wendy Alison Huntebrinker | 13 | 5/1/2017 |
| 17-57884-mgd | Benjamin Izuchukwu Nosiri | 13 | 5/1/2017 |
| 17-58716-lrc | Cynthia Johnson | 7 | 5/15/2017 |
| 10-90514-crm | Thomas Lee Kidd and Madeline Pearl Kidd | 13 | 10/11/2010 |
| 11-43940-mgd | Chad Matthew Laporte and Tara Nicole Laporte | 13 | 11/22/2011 |
| 11-69147-crm | Garry Stephen James and Cherelia DeAnna James | 13 | 7/1/2011 |
| 11-78260-wlh | Monyette Daval McLaurin and Teresa Ann McLaurin | 13 | 9/30/2011 |
| 11-81255-mgd | William Arthur Goldstein | 7 | 10/30/2011 |
| 11-81571-mgd | James Edward Jones, Jr. | 13 | 10/31/2011 |
| 12-11824-whd | Wayne Tracy Starnes | 13 | 6/29/2012 |
| 12-12190-whd | Joseph Craig Lands and Sherry Dawn Lands | 13 | 8/1/2012 |
| 12-12463-whd | Jeffrey Alan Thomas and Genora Elizabeth Thomas | 13 | 8/27/2012 |
| 12-13190-whd | Michael Douglas Matthews and Kimberly Jones Matthews | 13 | 11/5/2012 |
| 12-43210-mgd | Destry Rudonde Sholtz and Stephanie Renee Sholtz | 13 | 10/26/2012 |
| 12-43461-pwb | Peggy Ann Stricklin | 13 | 9/20/2012 |
| 12-50932-crm | Norbert Kuralt Tukes and Pamela Weaver Tukes | 13 | 1/12/2012 |
| 12-54810-lrc | Donald Lee Spears and Diane Spears | 13 | 2/24/2012 |
| 12-58084-mgd | Frederick Albert Reynolds and Natalie Charmaine Reynolds | 13 | 3/29/2012 |
| 12-58816-lrc | Juree Helen Hall | 13 | 4/2/2012 |
| 12-59537-lrc | Isaac Bernard Atkins | 13 | 4/11/2012 |
| 12-59814-lrc | James Oliver Heisler and Eeman Ahmed Heisler | 13 | 4/16/2012 |

| | | | |
|---|---|---|---|
| 12-61053-pmb | Jonathan Lee Tatum | 13 | 4/30/2012 |
| 12-62879-pmb | Bobby Lee Sloan, Jr. | 13 | 5/22/2012 |
| 12-65281-lrc | Richard Darryl Owens and Lissa Janine Owens | 13 | 6/18/2012 |
| 12-65798-pmb | Angela Kaye Braxton | 13 | 6/25/2012 |
| 12-65846-lrc | Bobbie Gene McMillan and Valerie Jenell McMillan | 13 | 6/26/2012 |
| 12-65906-crm | James Hopper Clizbe and Cindy Louise Clizbe | 13 | 6/26/2012 |
| 12-67432-pmb | Eric Jamison and Lisa Jamison | 13 | 7/11/2012 |
| 12-68105-crm | Lynnenise Marie Dukes-Holloway | 13 | 7/20/2012 |
| 12-68596-lrc | Patricia Niles Simmons | 13 | 7/27/2012 |
| 12-68843-crm | Judy Todd Rice | 13 | 7/31/2012 |
| 12-70737-bem | Crystal Leddell Hampton | 13 | 8/20/2012 |
| 12-72765-lrc | Dhonny Sherry Carter and Kimberly Carter | 13 | 9/11/2012 |
| 12-73474-bem | James Arthur Woody, III | 13 | 9/20/2012 |
| 12-75089-lrc | Larry Wendell Hodnett | 13 | 10/3/2012 |
| 12-78215-pwb | Gwendolyn Gray Giddens | 13 | 11/8/2012 |
| 12-78273-lrc | Connie Denise Hodges | 13 | 11/8/2012 |
| 12-78342-crm | Harry Thomas Barton and Beverly Gail Barton | 13 | 11/9/2012 |
| 12-81840-bem | Samia Diondra Lott | 13 | 12/29/2012 |
| 13-10207-whd | Kirk Soichi Nozaki and Julie Edith Nozaki | 13 | 1/29/2013 |
| 13-10497-whd | Joseph Eugene Hannah | 13 | 2/27/2013 |
| 13-10778-whd | Preston Wade Harper | 13 | 3/27/2013 |
| 13-10807-whd | Richard Lloyd Dulaney, Jr. | 13 | 3/29/2013 |
| 13-12454-whd | Dwayne Amos Pinkney | 13 | 9/30/2013 |
| 13-12750-whd | George Myron Boone | 13 | 11/1/2013 |
| 13-12973-whd | Tanga Sophia Lain | 13 | 11/22/2013 |
| 13-13096-whd | Sebastian Adoh Meikle | 13 | 12/12/2013 |
| 13-21287-jrs | Douglas Wayne Gibbs | 13 | 5/6/2013 |
| 13-40340-pwb | Sabrina Laverne Pasley | 13 | 2/11/2013 |
| 13-40680-pwb | Stephen Wayne Shaw and Martha Jean Shaw | 13 | 3/11/2013 |
| 13-42914-pwb | Dorothy Beavers Dodd | 13 | 10/7/2013 |
| 13-43465-pwb | Robert Louis Anderson, Jr. and Awilda Cintron Anderson | 13 | 12/5/2013 |
| 13-52520-lrc | Robel Beyene Berhe | 13 | 2/5/2013 |
| 13-52749-bem | Jesus Cresenciano Medina | 7 | 2/8/2013 |
| 13-54580-bem | Bobby Guandhi Winchester and Eloyce Zinette Davis | 13 | 3/4/2013 |
| 13-55638-lrc | Derrick Theodric McCoy and LaKeisha Minter McCoy | 13 | 3/14/2013 |
| 13-55815-bem | Carlton Powell | 13 | 3/15/2013 |
| 13-58240-lrc | Larry Shealy Brooks, Sr. | 13 | 4/15/2013 |
| 13-58717-pwb | Gary Chandler Weeks | 13 | 4/22/2013 |
| 13-60824-bem | Gregory Todd Ramseyer | 13 | 5/16/2013 |
| 13-61094-crm | William John Scott | 13 | 5/20/2013 |
| 13-64685-lrc | Lolita Yvette McCan | 13 | 7/2/2013 |

| | | | |
|---|---|---|---|
| 13-65468-pmb | Yul Gregory Green and Prestina Marie Green | 13 | 7/16/2013 |
| 13-66184-bem | BYUNG TAE YANG and OK JIN YANG | 7 | 7/28/2013 |
| 13-66243-lrc | Grell Thomas Valmond | 13 | 7/29/2013 |
| 13-66951-lrc | Melissa Dineadria White | 13 | 8/5/2013 |
| 13-67061-lrc | Keith Bernard Strong and Wanda Walker Strong | 13 | 8/5/2013 |
| 13-67326-lrc | Rhonda Patrice Hepburn | 13 | 8/7/2013 |
| 13-67488-crm | Frank Bennett Boyd and Angela Denise Boyd | 13 | 8/9/2013 |
| 13-67997-lrc | Edward Bobby Barrett and Maria Cristina Barrett | 13 | 8/17/2013 |
| 13-70379-lrc | Johann Anderson James and Alysia Marie James | 13 | 9/17/2013 |
| 13-72451-crm | Francine N. Thomas | 13 | 10/14/2013 |
| 13-74093-crm | Angela Osborne | 13 | 11/4/2013 |
| 13-74320-mgd | Kory Markus Niles and Kyong Mi Niles | 13 | 11/5/2013 |
| 13-74357-pwb | Anissa Chunta Ammons | 13 | 11/5/2013 |
| 13-75047-bem | George Arnold Voigt, Jr. | 13 | 11/16/2013 |
| 13-75313-mgd | Rithy Morm and Langdy Im | 13 | 11/21/2013 |
| 13-75412-lrc | Jada Jeconiah Bowden | 13 | 11/22/2013 |
| 13-76617-pmb | Tanya E. Suarez | 13 | 12/9/2013 |
| 13-76851-wlh | Rosemary Hannah Griffin | 13 | 12/13/2013 |
| 13-76896-pwb | Clavida Jeraudrey Cuffee | 13 | 12/13/2013 |
| 13-77268-lrc | Miriam Yvette Grimes | 13 | 12/20/2013 |
| 13-77651-pwb | Delisa Lynne Woods | 13 | 12/30/2013 |
| 14-10191-whd | Breshaun Lee Carter | 13 | 1/27/2014 |
| 14-10463-whd | Shun Bernard Luster | 13 | 3/3/2014 |
| 14-10906-whd | Cynthia Lizana Gause | 13 | 4/24/2014 |
| 14-11007-whd | Cynthia Lynne Patterson | 13 | 5/7/2014 |
| 14-11163-whd | Daniel Alan Christian | 13 | 5/29/2014 |
| 14-11308-whd | Michael Scott Ryan and Kimberly Ann Ryan | 13 | 6/15/2014 |
| 14-11515-whd | Bridget Neshea Barber | 13 | 7/11/2014 |
| 14-11826-whd | Michael Wayne Lore and Theresa Delynn Lore | 13 | 8/18/2014 |
| 14-12543-whd | Lester Chambless and Katrina Tamplin Chambless | 13 | 11/10/2014 |
| 14-12566-whd | Brenda Lee Dobbs | 13 | 11/11/2014 |
| 14-12636-whd | Brandon Lamonz Dunlap and Tiffany Starr Dunlap | 13 | 11/20/2014 |
| 14-21495-jrs | Jason Todd Collins | 13 | 6/24/2014 |
| 14-21846-jrs | Nancy Gray Clark | 7 | 8/4/2014 |
| 14-22319-jrs | Norma Jean Lee | 13 | 10/3/2014 |
| 14-40755-pwb | Arnold Hill Osborne and Carolyn Gwynell Osborne | 13 | 3/31/2014 |
| 14-40991-mgd | Thomas Lexton Moore | 13 | 4/25/2014 |
| 14-42059-mgd | David Earle Paxton and Kathi Rae Paxton | 13 | 8/20/2014 |
| 14-42326-mgd | Linda Sue Landsberg | 13 | 9/19/2014 |
| 14-52683-mgd | Sheryl Anne Marie Parry | 13 | 2/7/2014 |
| 14-53027-wlh | Joel David Perez | 13 | 2/16/2014 |

| Case Number | Debtor(s) | Chapter | Date Filed |
|---|---|---|---|
| 14-53347-bem | Alex Lee Moore, Sr. and Cynthia Cox Moore | 13 | 2/20/2014 |
| 14-54219-crm | John R Bridgewater | 13 | 3/3/2014 |
| 14-54637-wlh | Sandra Ann Lay | 13 | 3/6/2014 |
| 14-55328-mgd | Yvette Nadine Montague | 13 | 3/14/2014 |
| 14-55959-lrc | Janice Lea Jordan | 13 | 3/24/2014 |
| 14-57767-crm | Michael Paul Torchia and Judith Ann Torchia | 13 | 4/18/2014 |
| 14-58796-bem | LeKeeta Garlynn Turner | 13 | 5/5/2014 |
| 14-59716-lrc | Brian Lamar Bouie | 13 | 5/16/2014 |
| 14-59807-lrc | Debra Marie Samuel | 13 | 5/19/2014 |
| 14-61190-lrc | James Lawrence Harris | 13 | 6/6/2014 |
| 14-61659-lrc | Sharon Warren McDowell | 13 | 6/14/2014 |
| 14-62559-lrc | Michael Owen Brown | 13 | 6/28/2014 |
| 14-64404-bem | Jesse Eugene Williams and Charlene Sanford Williams | 13 | 7/28/2014 |
| 14-65852-bem | Lloyd Banks | 7 | 8/14/2014 |
| 14-66389-lrc | Paul Eugene Frederick | 7 | 8/22/2014 |
| 14-66832-mgd | Delores Evans Slaughter | 13 | 8/28/2014 |
| 14-67655-lrc | Shirley Ann Ward | 13 | 9/8/2014 |
| 14-68735-lrc | Finessa Ann Howard | 13 | 9/25/2014 |
| 14-69130-lrc | Joni Rae Dailey | 13 | 9/30/2014 |
| 14-69570-lrc | Gary Thomas Stevens and Michelle Huetter Stevens | 13 | 10/6/2014 |
| 14-70984-lrc | Gregory Lynn Carey and Ellen Woodard Carey | 7 | 10/24/2014 |
| 14-71077-bem | Tamara Nicole Jones | 13 | 10/27/2014 |
| 14-71556-lrc | Lucille S. Avery | 13 | 11/1/2014 |
| 14-71798-bem | Donna B. Huff | 13 | 11/3/2014 |
| 14-71812-lrc | Constance Alexander | 13 | 11/3/2014 |
| 14-74157-bem | Tommy Lee Marlin, Jr. | 13 | 12/9/2014 |
| 14-75179-crm | Shontay Monique Lavender, | 13 | 12/30/2014 |
| 15-05243-crm | Scarver et al v. Wells Fargo, National Association | 13 | 5/29/2015 |
| 15-10075-whd | Mary Catherine Kelsey | 13 | 1/9/2015 |
| 15-10474-whd | Robin Yvette Wilson | 13 | 3/3/2015 |
| 15-10549-whd | Dan Rembert, Jr. | 13 | 3/12/2015 |
| 15-10763-whd | Crystal Lee Howley | 13 | 4/6/2015 |
| 15-11066-whd | Daryl Wayne Reid | 13 | 5/19/2015 |
| 15-11758-whd | Kathryn Denise Favors | 13 | 8/17/2015 |
| 15-12116-whd | Ricky Ray Boswell | 13 | 10/1/2015 |
| 15-12491-whd | Lisa Ann Harrison | 13 | 11/13/2015 |
| 15-12531-whd | Janet Lyneese Pippins | 7 | 11/20/2015 |
| 15-12551-whd | Shunterrius Nion Watson and Alicia Johnson Watson | 13 | 11/24/2015 |
| 15-12659-whd | Rodrecius O'Neil Montgomery and Kameelah Raja Montgomery | 13 | 12/9/2015 |
| 15-20633-jrs | Norris Jackson Billins | 13 | 3/30/2015 |
| 15-40211-pwb | David Kavitz and Linda Kavitz | 13 | 1/30/2015 |

| Case Number | Debtor | Chapter | Date |
|---|---|---|---|
| 15-41244-mgd | Twana Lynn Wright | 13 | 6/1/2015 |
| 15-42423-pwb | Donald Reese Madden | 13 | 10/6/2015 |
| 15-50552-lrc | LaSean Dupre Woods | 13 | 1/8/2015 |
| 15-51933-lrc | Patricia Ann Reid | 13 | 2/1/2015 |
| 15-51934-lrc | Yolanda Danette Levett | 13 | 2/1/2015 |
| 15-52663-bem | Dickie Dwayne Boyd | 13 | 2/10/2015 |
| 15-52691-lrc | Rosemary G. Williams | 13 | 2/11/2015 |
| 15-52824-wlh | Shirley Brandon Gregory | 13 | 2/13/2015 |
| 15-53417-pwb | Diego Garcia Watson | 13 | 2/24/2015 |
| 15-53462-crm | Tiffany Moore Barclay | 13 | 2/24/2015 |
| 15-53471-pwb | Nicole Louise Stancel | 13 | 2/24/2015 |
| 15-53558-bem | Robert Douglas Toms and Vickey Lucille Toms | 13 | 2/26/2015 |
| 15-53593-lrc | Keshia Lenette Gaffney | 13 | 2/26/2015 |
| 15-54613-bem | William Victor Alexander, Jr. and Tristann Worsley Alexander | 13 | 3/11/2015 |
| 15-56594-lrc | Donna Marie Redmond | 13 | 4/8/2015 |
| 15-57367-crm | Robert Sangmoon Han | 7 | 4/21/2015 |
| 15-57480-bem | Natalie Gail Sheckton and Jack Sheckton | 13 | 4/23/2015 |
| 15-57561-crm | Michelle White Cofer | 7 | 4/24/2015 |
| 15-58709-crm | Darryl Bernard Barnswell, Sr | 13 | 5/7/2015 |
| 15-59984-lrc | Lloyd Jackson, Jr. and Sandra Woodard Jackson | 13 | 5/29/2015 |
| 15-60100-lrc | Contavious Quarteze White | 13 | 6/1/2015 |
| 15-60411-lrc | Loretta Brooks Mixon | 13 | 6/2/2015 |
| 15-60736-crm | Alton Clyde Jones and Retha Louise Jones | 13 | 6/8/2015 |
| 15-62148-crm | Julia Kaye Stuart | 13 | 7/1/2015 |
| 15-63293-lrc | Lana Sharon Lorde | 13 | 7/16/2015 |
| 15-64748-lrc | Rodney Nathaniel Bowman and Cynthia Ann Bowman | 13 | 8/3/2015 |
| 15-64967-lrc | Grady Lee Greer, Jr | 13 | 8/6/2015 |
| 15-65208-crm | Monic Elisa Nurse | 13 | 8/11/2015 |
| 15-65512-lrc | Monica Tripp | 13 | 8/14/2015 |
| 15-66465-lrc | Yorlando Audry Lee Casey | 13 | 8/28/2015 |
| 15-66721-lrc | Rebecca Glynn Butler | 13 | 8/31/2015 |
| 15-67460-lrc | Denise Barnes Tripp | 13 | 9/10/2015 |
| 15-67538-lrc | Steven John Lavin, Jr. and Amber Mae Lavin | 13 | 9/11/2015 |
| 15-67954-lrc | Gary Wayne Donehoo, Jr. | 13 | 9/18/2015 |
| 15-68415-lrc | Adilah Sykes Hasan | 13 | 9/25/2015 |
| 15-68451-lrc | Patricia Ann Washington | 13 | 9/28/2015 |
| 15-69009-lrc | Kunita Lashona Brittain | 13 | 10/3/2015 |
| 15-69273-lrc | Chester Lee Taylor | 13 | 10/6/2015 |
| 15-70163-crm | Kevin Lawrence Fuzell | 13 | 10/20/2015 |
| 15-71209-crm | Karen Renita Engram | 13 | 11/2/2015 |
| 15-72264-crm | Melissa Michelle Hardy | 13 | 11/19/2015 |

| Case Number | Name | Chapter | Date |
|---|---|---|---|
| 16-10172-whd | Regina Lee Oliver | 13 | 1/27/2016 |
| 16-10308-whd | Gerald Jerome Campbell | 13 | 2/13/2016 |
| 16-10370-whd | Charles Edward King | 13 | 2/24/2016 |
| 16-10374-whd | Rickey Lamar Tucker, Sr. | 13 | 2/24/2016 |
| 16-10375-whd | Antonio Grier and Jennifer Grier | 13 | 2/24/2016 |
| 16-10729-whd | Chester James Branton and Rachael Attaway Branton | 13 | 4/13/2016 |
| 16-10904-whd | Carey Bridges and Tonya Council Bridges | 13 | 5/3/2016 |
| 16-10931-whd | Hyacinth Elaine Bourne | 13 | 5/10/2016 |
| 16-11078-whd | James Ryan Dodds | 13 | 6/2/2016 |
| 16-11331-whd | Teriyaki Laque Davis | 13 | 7/6/2016 |
| 16-11468-whd | Danny Melton Moody | 13 | 7/27/2016 |
| 16-11674-whd | Debra Pink | 13 | 8/24/2016 |
| 16-11933-whd | Casey Lamar Rosser | 13 | 9/28/2016 |
| 16-11996-whd | Heather Allison Jones | 13 | 10/4/2016 |
| 16-12024-whd | Raymond Douglas Moore and Tabitha Kellie Moore | 13 | 10/7/2016 |
| 16-12128-whd | Robert Joseph Goehmann | 13 | 10/25/2016 |
| 16-12180-whd | Joseph Raymond Mize | 13 | 10/31/2016 |
| 16-12207-whd | Rosie Lee Barnes | 7 | 11/1/2016 |
| 16-12519-whd | Michael Edward Beau | 13 | 12/13/2016 |
| 16-50149-lrc | Marvin Maurice Cole | 13 | 1/4/2016 |
| 16-51446-jrs | Ronnie Feshawn Smith | 13 | 1/26/2016 |
| 16-51713-lrc | Sandra Renee Lewis | 13 | 1/29/2016 |
| 16-51976-lrc | Columbus Thomas, Sr and Velma Lee Thomas | 13 | 2/1/2016 |
| 16-52341-lrc | Leon Pattman, Jr. | 13 | 2/5/2016 |
| 16-53143-lrc | Nicole Hooper | 13 | 2/19/2016 |
| 16-54334-lrc | Derrick Ernest Hall | 13 | 3/7/2016 |
| 16-54703-lrc | Micky Wilson | 13 | 3/14/2016 |
| 16-55482-lrc | Donette Audrey Allen-Stroud | 13 | 3/29/2016 |
| 16-55497-lrc | Catherine Wyche Bradfield | 13 | 3/29/2016 |
| 16-56194-lrc | Arnetta Renee McNeill | 13 | 4/6/2016 |
| 16-56381-lrc | Michael O'Neal Mathis | 13 | 4/11/2016 |
| 16-56465-lrc | Brenda Lee Johnson | 13 | 4/12/2016 |
| 16-56814-lrc | Mark Anthony McDonald | 13 | 4/19/2016 |
| 16-57083-jrs | Monica Ghant | 13 | 4/22/2016 |
| 16-57267-lrc | Pamela Renee Pinkston | 13 | 4/26/2016 |
| 16-57503-lrc | Jakeyzeis Andraia Dunn | 13 | 4/29/2016 |
| 16-58891-lrc | Ava Marie Robinson | 13 | 5/22/2016 |
| 16-59098-pmb | Linda Ann Goode | 13 | 5/25/2016 |
| 16-59537-lrc | Alice W. Merriweather | 13 | 6/2/2016 |
| 16-61843-lrc | Marsirra Renee Smith | 13 | 7/6/2016 |
| 16-62328-lrc | Michael Glass | 13 | 7/15/2016 |

| Case Number | Debtor(s) | Chapter | Date Filed |
|---|---|---|---|
| 16-62742-lrc | Jewel Denise Williams | 7 | 7/24/2016 |
| 16-62858-lrc | Ralph Benton Belk, Jr. and Kimberly Paige Belk | 7 | 7/26/2016 |
| 16-63225-lrc | John Wylie Crowder and Robrette Lazetta Crowder | 13 | 8/1/2016 |
| 16-65403-lrc | Sola Daniel Olanrewaju | 13 | 9/2/2016 |
| 16-66692-pmb | Richard Henry Herbert and Pamilla Lynn Herbert | 7 | 9/21/2016 |
| 16-67869-lrc | William Lyle Usry and Janice Wynn Usry | 13 | 10/5/2016 |
| 16-68899-lrc | Michael Dewayne Thomas | 13 | 10/22/2016 |
| 16-68987-lrc | Melanie Ann Jones | 13 | 10/24/2016 |
| 16-71395-lrc | Pablo Adrian Villanueva | 13 | 12/1/2016 |
| 17-10005-whd | LaTressa Shavette Mays | 13 | 1/2/2017 |
| 17-10137-whd | Gloria Dianne Tigner | 13 | 1/23/2017 |
| 17-40101-pwb | Kerry Ann McKever | 13 | 1/17/2017 |
| 17-40761-pwb | Yvette Joy Ifill | 7 | 3/30/2017 |
| 17-50053-lrc | Mary Ellen Chachas | 13 | 1/2/2017 |
| 17-54227-pwb | Son Quang Le and Tuyet Thi Tran | 13 | 3/6/2017 |
| 17-55555-crm | Roxie Jane Gilliland | 7 | 3/27/2017 |
| 17-56184-lrc | Linder Gail Gatlin | 13 | 4/3/2017 |
| 17-57533-crm | Sharon Denise Walker | 13 | 4/27/2017 |
| 17-57863-lrc | Albert Williams, Sr. | 13 | 5/1/2017 |
| 17-57963-pwb | John Weeb Philippeaux and Nancy Philippeaux | 7 | 5/1/2017 |
| 17-57988-lrc | Lavonya Yvette Johnson | 13 | 5/2/2017 |
| 17-58809-wlh | Wendell Ricardo Robinson | 13 | 5/17/2017 |
| 17-58981-lrc | Cassandra Mills | 7 | 5/19/2017 |
| 14-69470-pmb | Karen Deann Shirley | 13 | 10/3/2014 |